■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS R. KENNEDY, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered April 29, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Sconiers, Green and Gorski, JJ.